No. 10–1124. TURLOCK IRRIGATION DISTRICT *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1357. AMOROSA ET AL. *v.* ERNST & YOUNG, LLP. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–10401. JASSO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10438. REYES-HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10443. BERRY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–10444. ACOFF *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10450. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10468. COOPER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–880. TAYLOR *v.* CITY OF COLUMBIA, SOUTH CAROLINA, ET AL., 562 U. S. 1287;

No. 10–8789. BLAIR *v.* ALASKAN COPPER & BRASS CO., 563 U. S. 921;

No. 10–9040. RAMEY *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA ET AL., 563 U. S. 923;

No. 10–9044. RAMIREZ *v.* AULT, WARDEN, 563 U. S. 944;

No. 10–9049. IN RE ROCHE, 562 U. S. 1285;